*1824–36 Calendar*, MS p. 254 [a].

SOLOMON SIBLEY AND EUROTAS P. HASTINGS *versus* JOHN P. CONVERSE AND HENRY J. REES.

PAPERS IN FILE (1835–41): (1) Affidavit, petition, and precipe for writ of error; allocatur; (2) writ of error and return; (3) copy of writ of error; (4) assignment of errors; (5) joinder in error; (6) copy of satisfaction piece.

*1824–36 Calendar*, MS p. 257 [a].